# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

CAROLYN CAMPBELL, )
)
)
vs. ) Case No. 06-0561-CV-W-JCE-SSA
)
)
MICHAEL J. ASTRUE, )

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ Decision by Court. This action came to a determination before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of the Secretary is affirmed.

November 20, 2007 PATRICIA L. BRUNE, CLERK

Entered on: November 20, 2007   /s/ Glenda Elayer
(By) Deputy Clerk